**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 10, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00207-CV

---

## IN RE SURINDER SINGH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-59451**

---

## MEMORANDUM OPINION

On March 29, 2023, relator Surinder Singh filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to vacate his March 29, 2023 order granting real party in interest's request for emergency temporary relief.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our April 4, 2023 stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.